IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL BENITEZ,

    Petitioner,

v.                                                                                   CASE NO. 5:02-cv-00019-MP

ROBERT WALLIS,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 36, Order in Lieu of Mandate by the United States Court of Appeals for the Eleventh Circuit, as to Doc. 14, Notice of Appeal filed by Daniel Benitez, dismissing this appeal as moot and vacating the district court's order. This matter was remanded with instructions to the district court to dismiss the petition as moot.

Accordingly, it is

**ORDERED AND ADJUDGED:**

The Petitioner for Writ of Habeas Corpus is DISMISSED as MOOT.

**DONE AND ORDERED** this  *19th*   day of July, 2005.

                                                           *s/Maurice M. Paul*
                                           Maurice M. Paul, Senior District Judge